THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY MORENE, Appellant. [639 NYS2d 951]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Ritter, J. P., Pizzuto, Santucci and Krausman, JJ., concur.